# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 11-02447-D

### Order Granting Relief

The relief set forth on the following pages, for a total of _2_ pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**10/28/2011**



_____
David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 10/31/2011

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| IN RE: | CHAPTER 13 |
|---|---|
| Jacqueline Williams Bell, | CASE NO.: 11-02447-D |
| Debtor(s). | ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

311596-00015

THIS MATTER comes before me upon the Affidavit of the attorney for JPMorgan Chase, N.A., servicer for U.S. Bank, N.A., a successor trustee to Wachovia Bank, N.A. (formerly known as First Union National Bank) as trustee for Long Beach Mortgage Loan Trust 2001-4 ("Movant"), secured creditor of the above-named Debtor for relief from the 11 U.S.C. §362 Automatic Stay regarding real property and any improvements thereon located at: 536 Debruhl Road, Chester in Chester County South Carolina.

It appearing that the Debtor and Movant had previously reached an agreement to bring post-petition regular payments current, which they incorporated into a Settlement Order heretofore filed on September 12, 2011 and entered on September 13, 2011; that the Debtor has failed to comply with the terms and conditions of the aforementioned Order by failing to pay the arrearage and regular monthly payment due October 1, 2011, as outlined in said Settlement Order.

IT IS, THEREFORE, ORDERED that the Automatic Stay pursuant to 11 U.S.C. §362 is hereby lifted, and that Movant be permitted to pursue its remedies against its security, including sending any required notice to the Debtor. Movant agrees to waive any claim arising under 11 U.S.C. §503(b) or §507(b) as a result of this Motion. Movant further acknowledges that any funds realized from the foreclosure sale, in excess of all liens, costs, and expenses, will be paid to the trustee.